**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| **KEVIN J. CURTIS,** | : |
| **Plaintiff,** | : |
| vs. | : CIVIL ACTION 06-00341-KD-B |
| **BALDWIN COUNTY CORRECTION CENTER,** *et al.*, | : |
| **Defendants.** | : |

**JUDGMENT**

It is **ORDERED**, **ADJUDGED**, and **DECREED** that Plaintiff's Complaint be and is hereby **DISMISSED** without prejudice.

**DONE** and **ORDERED** this the **20th** day of **August 2009.**

 /s/ Kristi K. DuBose
**KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE**